Nov. Term,
1860.

THE STATE
v.
SPENCER.

*Per Curiam.*—The appeal is dismissed, with costs.

*R. Heath*, for appellant.

*E. M. Chamberlain*, for appellee.

---

## THE STATE v. SPENCER.

In a prosecution for riot, one defendant, being on his trial separately, may introduce his co-defendants as witnesses in his behalf.

*Quære.* Whether the record of an acquittal of one defendant, brought about by the testimony of the others, could be given in evidence on the trial of the latter.

APPEAL from the *Harrison* Common Pleas.

Saturday,
December 8.

WORDEN, J.—Information against *Spencer* and two others, for a riot. *Spencer* was tried separately, and acquitted. On the trial, he introduced, as witnesses on his behalf, his co-defendants, who were permitted to testify over the objection of the State, who took exceptions, and appeals.

The question involved has already been determined against the State, in several cases. *Everett* v. *The State*, 6 Ind. 495; *Marshall* v. *The State*, 8 Ind. 498; *Sloan* v. *The State*, 9 Ind. 565; *Hunt* v. *The State*, 10 Ind. 69. The

Nov. Term,
1860.

THE BOARD
OF COMMIS-
SIONERS OF
WARREN Co.
v.
THE STATE.

cases in 9 Ind. and 10 Ind., were cases of riot. In such cases, unless it appear that three or more persons were engaged in the offense, there can be no conviction of any. But the question does not arise, and is not made, whether the record of an acquittal of one, brought about by the testimony of the others, could be given in evidence on the trial of the latter; hence we need express no opinion upon it. See, however, on this point, 1 Greenlf. Ev. § 524.

*Per Curiam.*—The appeal is dismissed.

*J. E. McDonald*, Attorney General, and *A. L. Roache*, for the State.